MIDLIGE RICHTER LLC
121 Union Avenue
Middlesex, New Jersey 08846
(908) 626-0622
James S. Richter

*Attorneys for Defendants*
*Lupin Inc., and Lupin Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARS PHARMACEUTICALS OPERATIONS, INC., and AEGIS THERAPEUTICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN INC., and LUPIN PHARMACEUTICALS, INC., CIPLA USA, INC. and CIPLA LIMITED,<br><br>Defendants. | Honorable Julien X. Neals, U.S.D.J.<br><br>Civil Action No. 25 CV 15123 (JXN)(ADS)<br>Consolidated<br><br>**DECLARATION OF JAMES S. RICHTER SUBMITTED IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF** |

**JAMES S. RICHTER**, of full age, hereby declares as follows:

1. I am an attorney at law of the State of New Jersey and Of Counsel with Midlige Richter, LLC, who, along with Gemini Law LLP, are attorneys for Defendants, Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") in the above-captioned matter.

2. This Declaration is submitted in support of Defendants' Opening Claim Construction Brief.

3. Attached hereto are true copies of the following exhibits:

| Exhibit | Document Description |
| --- | --- |
| A | U.S. Patent No. 10,682,414 (the "'414 Patent") |
| B | U.S. Patent No. 11,717,571 (the "'571 Patent") |
| C | U.S Patent No. 11,744,895 (the "'895 Patent") |
| D | U.S. Patent No. 11,918,655 (the "'655 Patent") |
| E | *Amphastar Pharmaceuticals, Inc. v. Aegis Therapeutics, LLC*, IPR2021-01324, Paper 43 (P.T.A.B. Feb. 7, 2023) (Final Written Decision) ("FWD") |
| F | '414 Patent File History, September 9, 2019 Office Action |
| G | '414 Patent File History, December 13, 2019 Response to Office Action |
| H | '414 Patent File History, February 5, 2020 Notice of Allowability |
| I | '571 Patent File History, January 25, 2023 Office Action |
| J | '571 Patent File History, April 28, 2023 Examiner Interview Summary |
| K | '571 Patent File History, May 24, 2023 Notice of Allowability |
| L | '895 Patent File History, June 29, 2023 Notice of Allowability |
| M | '655 Patent File History, October 26, 2023 Notice of Allowability |

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

s/ James S. Richter
James S. Richter
jrichter@midlige-richter.com

Dated: October 19, 2026