# Exhibit J

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/049,936 | 10/26/2022 | Richard LOWENTHAL | 55358-701.306 | 2657 |

21971 7590 04/28/2023
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| SHIAO, YIH-HORNG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1623 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/28/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

| Applicant-Initiated Interview Summary | Application No. 18/049,936 | Applicant(s) LOWENTHAL et al. | | |
|---|---|---|---|---|
| | Examiner YIH-HORNG SHIAO | Art Unit 1623 | AIA (First Inventor to File) Status Yes | Page 1 of 1 |

| **All Participants** (applicant, applicants representative, PTO personnel) | **Title** | **Type** |
|---|---|---|
| YIH-HORNG SHIAO | Primary Examiner | Telephonic |
| Valentin Zunic | Attorney of Record | |

**Date of Interview:** 24 April 2023

**Issues Discussed:**

**35 U.S.C. 102**

Applicant requested a phone interview via Automated Interview Request (AIR) system on 04/20/2023. The undersigned attorney called on 04/24/2023 to discuss the decision of PTAB decision mailed on 02/09/2023 for parent Application No. 16/420,044, in which the Board concluded that Petitioner has not demonstrated unpatentable for claim 3, reciting "provides a plasma epinephrine concentration that is efficacious for the treatment of anaphylaxis". This examiner will reconsider the 102 and 103 of record in this Application based on the PTAB decision.

/YIH-HORNG SHIAO/
Primary Examiner, Art Unit 1623

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.