# PUBLIC EXHIBIT 7

An official website of the United States government
Here's how you know

# 16/420,044 | 55358-701.302:

## INTRANASAL EPINEPHRINE FORMULATIONS AND METHODS FOR THE TREATMENT OF DISEASE

PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 16/420,044 | 9239 | 55358-701.302 | 10,682,414 Download PDF Text Issued - 06/16/2020 |

| Filing or 371 (c) date | Status |
|---|---|
| 05/22/2019 | Patented Case 05/27/2020 |

Show/hide menu

## Documents & transaction history

Documents Transactions

Showing 1 to 149 of 149 entries

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 04/08/2025 | TRIAL.CERT.M | Trial Certificate Mailed | 2 | | | 120 | |
| 03/07/2025 | CAFC.DEC.DIS | Decision by Court of Appeals for the Federal Circuit – Dismissed by Court | 2 | | | 120 | |
| 10/18/2023 | SES.LOSS.PC | Notification of loss of entitlement to small entity status via PC | 1 | | | 60 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 02/09/2023 | TRIAL.TRMFWD | Trial Termination or Final Written Decision | 75 | | | 4500 | |
| 02/09/2023 | TRIAL.TRMFWD | Trial Termination or Final Written Decision | 75 | | | 4500 | |
| 02/14/2022 | TRIAL.REQ.G | Request for Trial Granted | 46 | | | 2760 | |
| 05/27/2020 | ISSUE.NTF | Issue Notification | 1 | | | 60 | |
| 05/07/2020 | APP.FILE.REC | Filing Receipt | 4 | | | 240 | |
| 05/07/2020 | N570 | Communication - Re: Power of Attorney (PTOL-308) | 1 | | | 60 | |
| 05/05/2020 | OATH | Oath or Declaration filed | 4 | | | 240 | |
| 05/05/2020 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 05/05/2020 | PA.. | Power of Attorney | 1 | | | 60 | |
| 05/05/2020 | R3.73 | Assignee showing of ownership per 37 CFR 3.73 | 2 | | | 120 | |
| 05/05/2020 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 05/05/2020 | R46C.REQ | Request under 37CFR1.46(c) to correct, update, change applicant | 1 | | | 60 | |
| 05/05/2020 | ADS | Application Data Sheet | 9 | | | 540 | |
| 05/05/2020 | IFEE | Issue Fee Payment (PTO-85B) | 1 | | | 60 | |
| 05/05/2020 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |
| 05/05/2020 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 02/05/2020 | NOA | Notice of Allowance and Fees Due (PTOL-85) | 13 | | | 780 / 27 / 30 / 1 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 02/05/2020 | INTV.SUM.APP | Applicant Initiated Interview Summary (PTOL-413) | 2 | | | 120 | |
| 02/05/2020 | SRFW | Search information including classification, databases and other search related notes | 2 | | | 120 | |
| 02/05/2020 | IIFW | Issue Information including classification, examiner, name, claim, renumbering, etc. | 3 | | | 180 | |
| 02/05/2020 | 1449 | List of References cited by applicant and considered by examiner | 1 | | | 60 | |
| 02/05/2020 | BIB | Bibliographic Data Sheet | 1 | | | 60 | |
| 02/05/2020 | SRNT | Examiner's search strategy and results | 2 | | | 120 | |
| 02/05/2020 | SRNT | Examiner's search strategy and results | 3 | | | 180 | |
| 12/19/2019 | APP.FILE.REC | Filing Receipt | 4 | | | 240 | |
| 12/13/2019 | IDS | Information Disclosure Statement (IDS) Form (SB08) | 1 | | | 60 / 16 | |
| 12/13/2019 | TRAN.LET | Transmittal Letter | 4 | | | 240 | |
| 12/13/2019 | FOR | Foreign Reference | 109 | | | 6540 | |
| 12/13/2019 | NPL | Non Patent Literature | 10 | | | 600 | |
| 12/13/2019 | NPL | Non Patent Literature | 49 | | | 2940 | |
| 12/13/2019 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |
| 12/13/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 3 | | | 180 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 12/13/2019 | WFEE | Fee Worksheet (SB06) | 1 | | | 60 | |
| 12/13/2019 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |
| 12/13/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 12/13/2019 | FAI.A.. | Reply under 37 CFR 1.111 to Pre-Interview Communication | 1 | | | 60 | |
| 12/13/2019 | CLM | Claims | 4 | | | 240 / 21 | |
| 12/13/2019 | REM | Applicant Arguments/Remarks Made in an Amendment | 4 | | | 240 / 15 | |
| 12/13/2019 | ADS.CORR | Application Data Sheet to update/correct info | 6 | | | 360 | |
| 12/13/2019 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |
| 12/13/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 12/06/2019 | INTV.SUM.APP | Applicant Initiated Interview Summary (PTOL-413) | 3 | | | 180 | |
| 12/03/2019 | INTV.SUM.APP | Applicant Initiated Interview Summary (PTOL-413) | 3 | | | 180 | |
| 11/27/2019 | M327 | Miscellaneous Communication to Applicant - No Action Count | 1 | | | 60 | |
| 11/26/2019 | ECOMM.AUTH | Internet Communications Authorization | 2 | | | 120 | |
| 11/26/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 11/22/2019 | CFILE | Request for Corrected Filing Receipt | 1 | | | 60 | |
| 11/22/2019 | M865 | Letter Requesting Interview with Examiner | 3 | | | 180 | |
| 11/22/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 11/22/2019 | ADS | Application Data Sheet | 10 | | | 600 | |
| 11/22/2019 | M865 | Letter Requesting Interview with Examiner | 3 | | | 180 | |
| 10/25/2019 | INTV.SUM.APP | Applicant Initiated Interview Summary (PTOL-413) | 3 | | | 180 | |
| 10/11/2019 | M327 | Miscellaneous Communication to Applicant - No Action Count | 1 | | | 60 | |
| 10/09/2019 | C.AD | Change of Address | 2 | | | 120 | |
| 10/09/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 10/09/2019 | M865 | Letter Requesting Interview with Examiner | 3 | | | 180 | |
| 10/09/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 10/09/2019 | FAI.REQ | First Action Interview - Enrollment Request | 3 | | | 180 | |
| 09/17/2019 | OA.POSTCARD | A courtesy postcard sent by USPTO to users who opt-in for e-Office Action | 1 | | | 60 | |
| 09/16/2019 | M327 | Miscellaneous Communication to Applicant - No Action Count | 1 | | | 60 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 09/11/2019 | C.AD | Change of Address | 2 | | | 120 | |
| 09/11/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 09/09/2019 | OA.FAI.OPT.O | First action without interview | 14 | | | 840 / 53 / 33 / 1 | |
| 09/09/2019 | 892 | List of references cited by examiner | 1 | | | 60 | |
| 09/09/2019 | SRFW | Search information including classification, databases and other search related notes | 2 | | | 120 | |
| 09/09/2019 | OA.FAI.PRELM | Preinterview first office action | 2 | | | 120 | |
| 09/09/2019 | SRNT | Examiner's search strategy and results | 3 | | | 180 | |
| 09/09/2019 | BIB | Bibliographic Data Sheet | 1 | | | 60 | |
| 09/09/2019 | SRNT | Examiner's search strategy and results | 2 | | | 120 | |
| 09/09/2019 | 1449 | List of References cited by applicant and considered by examiner | 8 | | | 480 | |
| 09/05/2019 | NTC.PUB | Notice of Publication | 1 | | | 60 | |
| 06/24/2019 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |
| 06/24/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 06/24/2019 | IDS | Information Disclosure Statement (IDS) Form (SB08) | 8 | | | 480 / 172 | |
| 06/24/2019 | FOR | Foreign Reference | 15 | | | 900 | |
| 06/24/2019 | FOR | Foreign Reference | 7 | | | 420 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 06/24/2019 | FOR | Foreign Reference | 57 | | | 3420 | |
| 06/24/2019 | FOR | Foreign Reference | 77 | | | 4620 | |
| 06/24/2019 | FOR | Foreign Reference | 70 | | | 4200 | |
| 06/24/2019 | FOR | Foreign Reference | 109 | | | 6540 | |
| 06/24/2019 | FOR | Foreign Reference | 44 | | | 2640 | |
| 06/24/2019 | FOR | Foreign Reference | 34 | | | 2040 | |
| 06/24/2019 | FOR | Foreign Reference | 39 | | | 2340 | |
| 06/24/2019 | FOR | Foreign Reference | 28 | | | 1680 | |
| 06/24/2019 | NPL | Non Patent Literature | 9 | | | 540 | |
| 06/24/2019 | NPL | Non Patent Literature | 9 | | | 540 | |
| 06/24/2019 | NPL | Non Patent Literature | 9 | | | 540 | |
| 06/24/2019 | NPL | Non Patent Literature | 19 | | | 1140 | |
| 06/24/2019 | NPL | Non Patent Literature | 43 | | | 2580 | |
| 06/24/2019 | NPL | Non Patent Literature | 7 | | | 420 | |
| 06/24/2019 | NPL | Non Patent Literature | 15 | | | 900 | |
| 06/24/2019 | NPL | Non Patent Literature | 107 | | | 6420 | |
| 06/24/2019 | NPL | Non Patent Literature | 108 | | | 6480 | |
| 06/24/2019 | NPL | Non Patent Literature | 22 | | | 1320 | |
| 06/24/2019 | NPL | Non Patent Literature | 21 | | | 1260 | |
| 06/24/2019 | NPL | Non Patent Literature | 6 | | | 360 | |
| 06/24/2019 | NPL | Non Patent Literature | 7 | | | 420 | |
| 06/24/2019 | NPL | Non Patent Literature | 13 | | | 780 | |
| 06/24/2019 | NPL | Non Patent Literature | 10 | | | 600 | |
| 06/24/2019 | NPL | Non Patent Literature | 8 | | | 480 | |
| 06/24/2019 | NPL | Non Patent Literature | 14 | | | 840 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 06/24/2019 | NPL | Non Patent Literature | 11 | | | 660 | |
| 06/24/2019 | NPL | Non Patent Literature | 12 | | | 720 | |
| 06/24/2019 | NPL | Non Patent Literature | 6 | | | 360 | |
| 06/24/2019 | NPL | Non Patent Literature | 11 | | | 660 | |
| 06/24/2019 | NPL | Non Patent Literature | 1 | | | 60 | |
| 06/24/2019 | NPL | Non Patent Literature | 12 | | | 720 | |
| 06/24/2019 | NPL | Non Patent Literature | 9 | | | 540 | |
| 06/24/2019 | REF.OTHER | Other reference-Patent/Application/Search Documents | 8 | | | 480 | |
| 06/24/2019 | NPL | Non Patent Literature | 7 | | | 420 | |
| 06/24/2019 | NPL | Non Patent Literature | 2 | | | 120 | |
| 06/24/2019 | NPL | Non Patent Literature | 3 | | | 180 | |
| 06/24/2019 | NPL | Non Patent Literature | 6 | | | 360 | |
| 06/24/2019 | NPL | Non Patent Literature | 7 | | | 420 | |
| 06/24/2019 | NPL | Non Patent Literature | 26 | | | 1560 | |
| 06/24/2019 | NPL | Non Patent Literature | 7 | | | 420 | |
| 06/24/2019 | NPL | Non Patent Literature | 21 | | | 1260 | |
| 06/24/2019 | NPL | Non Patent Literature | 4 | | | 240 | |
| 06/24/2019 | NPL | Non Patent Literature | 8 | | | 480 | |
| 06/24/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 9 | | | 540 | |
| 06/24/2019 | TRAN.LET | Transmittal Letter | 4 | | | 240 | |
| 06/24/2019 | NPL | Non Patent Literature | 5 | | | 300 | |
| 06/21/2019 | CTNF | Non-Final Rejection | 15 | | | 900 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 06/21/2019 | 892 | List of references cited by examiner | 1 | | | 60 | |
| 06/21/2019 | SRFW | Search information including classification, databases and other search related notes | 2 | | | 120 | |
| 06/21/2019 | SRNT | Examiner's search strategy and results | 3 | | | 180 | |
| 06/21/2019 | SRNT | Examiner's search strategy and results | 2 | | | 120 | |
| 06/11/2019 | ADS | Application Data Sheet | 10 | | | 600 | |
| 06/11/2019 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |
| 06/11/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 06/04/2019 | TRACK1.GRANT | Track One request Granted | 2 | | | 120 | |
| 05/31/2019 | M327 | Miscellaneous Communication to Applicant - No Action Count | 1 | | | 60 | |
| 05/31/2019 | WFEE | Fee Worksheet (SB06) | 1 | | | 60 | |
| 05/31/2019 | APP.FILE.REC | Filing Receipt | 4 | | | 240 | |
| 05/22/2019 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |
| 05/22/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 2 | | | 120 | |
| 05/22/2019 | TRACK1.REQ | Track One Request | 2 | | | 120 | |
| 05/22/2019 | FAI.REQ | First Action Interview - Enrollment Request | 3 | | | 180 | |
| 05/22/2019 | TRNA | Transmittal of New Application | 2 | | | 120 | |
| 05/22/2019 | WFEE | Fee Worksheet (SB06) | 2 | | | 120 | |

| Mail room date | Doc code | Doc description | Pages | | Quick download | File size (KB) | |
|---|---|---|---|---|---|---|---|
| 05/22/2019 | N417 | Electronic Filing System Acknowledgment Receipt | 3 | | | 180 | |
| 05/22/2019 | ADS | Application Data Sheet | 9 | | | 540 | |
| 05/22/2019 | ABST | Abstract | 1 | | | 60 / 1 | |
| 05/22/2019 | DRW | Drawings-only black and white line drawings | 9 | | | 540 | |
| 05/22/2019 | CLM | Claims | 4 | | | 240 / 17 | |
| 05/22/2019 | SPEC | Specification | 87 | | | 5220 / 525 | |

Show 1,000 entries

First Previous 1 Next Last