# PUBLIC EXHIBIT 15

8713924

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*May 04, 2026*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** ***18/206,881***
**FILING DATE:** ***June 07, 2023***
**PATENT NUMBER:** ***11918655***
**ISSUE DATE:** ***March 05, 2024***

Certified by

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/206,881 | 06/07/2023 | Richard LOWENTHAL | 55358-701.308 | 4022 |

21971 7590 01/23/2024
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER | |
|---|---|
| SHIAO, YIH-HORNG | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1623 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/23/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patentdocket@wsgr.com

| *Corrected* *Notice of Allowability* | **Application No.** 18/206,881 | **Applicant(s)** LOWENTHAL et al. | |
|---|---|---|---|
| | **Examiner** YIH-HORNG SHIAO | **Art Unit** 1623 | **AIA (FITF) Status** Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1.☑ This communication is responsive to amendment filed on 12/14/2023 and IDS filed on 12/18/2023.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3.☑ The allowed claim(s) is/are 1-44 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4.☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6.☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1.☐ Notice of References Cited (PTO-892)
2.☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 12/18/2023.
3.☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4.☐ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☑ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☑ Other A.NE.

/YIH-HORNG SHIAO/
Primary Examiner, Art Unit 1623

**DETAILED ACTION**

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA. The amendment filed on 12/14/2023 has been entered. New IDS filed on 12/18/2023 has been considered and no reopening of prosecution is needed. Thus, claims 1-44, amended from previously allowed on 10/26/2023, are currently under examination and remain allowed in this Office Action.

***Priority***

This application is a CON of 18/327,621 filed on 06/01/2023, which is a CON of 18/049,936 filed on 10/26/2022, now PAT 11717571, which is a CON of 17/396,044 filed on 08/06/2021, which is a CON of 16/869,461 filed on 05/07/2020, now PAT 11191838, which is a CON of 16/420,044 filed on 05/22/2019, now PAT 10682414, which is a CON of PCT/US2019/016918 filed on 02/06/2019, which claims benefit of US PRO 62/784,057 filed on 12/21/2018.

Applicant's claim for the benefit of a prior-filed application under 35 U.S.C. 119(e) or under 35 U.S.C. 120, 121, 365(c), or 386(c) is acknowledged. Applicant has not complied with one or more conditions for receiving the benefit of an earlier filing date under 35 U.S.C. 119(e) as follows:

The later-filed application must be an application for a patent for an invention which is also disclosed in the prior application (the parent or original nonprovisional application or provisional application). The disclosure of the invention in the parent application and in the later-filed application must be sufficient to comply with the requirements of 35 U.S.C. 112(a) or the first paragraph of pre-AIA 35 U.S.C. 112, except for the best mode requirement. See *Transco Products, Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)

The disclosure of the prior-filed application, Application No. 62/784,057, fails to provide adequate support or enablement in the manner provided by 35 U.S.C. 112(a) or pre-AIA 35 U.S.C. 112,

first paragraph for one or more claims of this application. Claims 3, 4, 8, 14-20, 22, 23, 28, and 39 recite “about 3 mg/mL, about 4 mg/mL”, “about 6 mg/mL, about 7 mg/mL, about 8 mg/mL, about 9 mg/mL”, “about 11 mg/mL, about 12 mg/mL, about 13 mg/mL, about 14 mg/mL, about 15 mg/mL, about 16 mg/mL, about 17 mg/mL, about 18 mg/mL, about 19 mg/mL”, “fatty acids”, “alpha tocopherol, D-α-tocopherol polyethylene glycol 1000 succinate”, “isoascorbic acid”, “sodium bisulfite”, “sodium citrate, sodium bicarbonate, and sodium carbonate”, and/or “about 15 mg/mL”, which are not disclosed or supported by the prior-filed Application No. 62/784,057. Thus, the priority date of claims 3, 4, 8, 14-20, 22, 23, 28, and 39 is 02/06/2019.

***Information Disclosure Statement***

The information disclosure statement (IDS) filed on 12/18/2023 has been considered

***Allowable Subject Matter***

The amended claims 1, 14, 21, 25, 31, 33, 34, 36, 37, 41, and 44 are allowed. Claims 2-13, depending from claim 1; claims 15-20, depending from claim 14; claims 22-24, depending from claim 21; claims 26-30, depending from claim 25; claim 32, depending from claim 31; claim 35, depending from claim 34; claims 38-40, depending from claim 37; and claims 42 and 43, depending from claim 41, are also allowed.

The examiner’s statement of reasons for allowance is of record as documented in Notice of Allowance mailed on 10/26/2023 and 12/13/2023, and reiterated here. The references cited in IDS of 12/18/2023 did not teach or suggest the limitation “the pharmaceutical formulation to the human provides plasma epinephrine concentrations in the human that are efficacious for the elimination of one, more than one, or all of the symptoms of the type-1 hypersensitivity reaction… efficacious for the prevention of the further progression of one, more than one, or all of the symptoms of the type-1

hypersensitivity reaction", required by claims 1, 14, 21, 25, 31, 33, 34, 36, 37, and 41, and supported by the decision of IPR2021-01324 mailed on 02/09/2023 in parent Application No. 16/420,044, in which the plasma concentrations reaches the peak within 60 mins (

**Figure 6. Mean Plasma Epinephrine Concentrations with Intranasal Epinephrine Described in Example 2B.**




) while prior art formulation reaches the peak

**Figure 2. Plasma Epinephrine Concentrations as Disclosed in Srisawat *et al.***




after 60 mins (), also the claimed intranasal spray provides higher concentrations of plasma epinephrine than intramuscular injection (EpiPen). Thus the results of claimed method are unexpected. Also, the recitation "nasal spray pharmaceutical formulation consisting of about 2.0 mg of epinephrine in a volume of about 100 µL, dodecyl maltoside, benzalkonium chloride, sodium chloride, disodium salt of EDTA, sodium metabisulfite, and hydrochloric

acid or sodium hydroxide" required by claim 44 and limited by the closed transitional phrase "consisting of" to exclude other active ingredient, such as bronchial dilator, as disclosed by the references.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## *Conclusion*

Claims 1-44 are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to YIH-HORNG SHIAO whose telephone number is (571)272-7135. The examiner can normally be reached Mon-Thur, 08:30 am to 07:00 pm EST.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Shaojia (Anna) Jiang can be reached on 571-272-0627. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like

assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/YIH-HORNG SHIAO/
Primary Examiner, Art Unit 1623