**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I caused a copy of the foregoing documents, including all exhibits thereto, to be served upon all counsel of record by operation of the Court's electronic filing system.

*/s/ Mark M. Makhail*
Mark M. Makhail